# Aldridge Pite, LLP

40 Marcus Drive, Suite 200
Melville, New York 11747
Tel: 631-454-8059 – Fax: 631-454-8169

August 1, 2018

Honorable Robert D. Drain
United States Bankruptcy Court
300 Quarropas Street
White Plains, NY 10601-4140

**Re:**         **Rosendo Ferran**
**Creditor:**   **Bank of America, N.A.**
**Case:**       **17-23424-rdd**
**Property:**   **20 Canterbury Road, White Plains, NY 10607**

Dear Judge Robert D. Drain:

Our office represents Bank of America, N.A. in the above referenced matter.  The Order directing Loss Mitigation was entered on February 6, 2018.  On May 18, 2018, our Firm filed the Creditor affidavit.

The most recent status hearing set for May 23, 2018 was adjourned to July 25, 2018.  At this hearing, Bank of America, N.A. was ordered to convey a settlement offer to Debtor by August 1, 2018.  Please allow this letter to confirm that on August 1, 2018 the undersigned conveyed an offer to settle the amount owed on Proof of Claim No. 13-1.  The parties are finalizing the terms of the settlement, and will advise update the Court once resolved.

    Thank you for your time and consideration.

                                        Respectfully,

                                        /s/ Jenelle C. Arnold
                                        Jenelle C. Arnold, Esq.