# Aldridge Pite, LLP

40 Marcus Drive, Suite 200
Melville, New York 11747
Tel: 631-454-8059 – Fax: 631-454-8169

October 16, 2018

Honorable Louis A. Scarcella
United States Bankruptcy Court
300 Quarropas Street
White Plains, NY 10601-4140

**Re:**        **Rosendo Ferran**
**Creditor:**  **Bank of America, N.A.**
**Case:**      **17-23424**

Dear Judge Louis A. Scarcella,

Our office represents Bank of America in this matter.  The Order directing Loss Mitigation was entered on February 6, 2018.  On May 18, 2018, our Firm filed the Creditor affidavit.

The most recent status hearing was held July 25, 2018.  The parties have since met and conferred, and Debtor is going to sell the Pennsylvania Property within 6 months.  Our client is agreeable to this time frame to sell the Pennsylvania Property, and have agreed to take a lower payoff when the property is sold.  Debtor's counsel recently advised that her client is fixing up the Subject Property due to recent storms, and they anticipate it going on the market soon.

    Thank you for your time and consideration.

                Respectfully,

                /s/ Jenelle C. Arnold
                Jenelle C. Arnold, Esq.